# United States Court of Appeals
## For the First Circuit

---

No. 06-1613

JAMES W. DAVISON, M.D., ANA VICTORIA DAVISON,
and THE CONJUGAL PARTNERSHIP FORMED BY THEIR MARRIAGE,

Plaintiffs, Appellants,

v.

THE GOVERNMENT OF PUERTO RICO - PUERTO RICO FIREFIGHTERS CORPS;
GERMÁN OCASIO-MORALES, in his individual capacity and as
the Fire Chief of the Puerto Rico Firefighters Corps;
FULANA DE TAL, his wife; and THE CONJUGAL PARTNERSHIP
FORMED BY THE MARRIAGE OF GERMÁN OCASIO AND FULANA DE TAL;
THE HOMEOWNERS ASSOCIATION (Junta de Titulares) OF THE
BELÉN CONDOMINIUM; THE BOARD OF DIRECTORS OF THE BELÉN
CONDOMINIUM, and VÍCTOR RODRÍGUEZ, in his individual
capacity and as the Administrator for the Board of Directors
of the Belén Condominium,

Defendants, Appellees.

---

ERRATA SHEET

The opinion of this Court issued on December 12, 2006, is
amended as follows:

On page 3, lines 16 and 19, "Plaintiff's" should be replaced
with "Plaintiffs'"